JUDGE CROTTY

07 CV 6143

Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CASALE MARBLE IMPORTS, INC.,

              Plaintiff,

   - against -

M/V "MSC ZRIN", her engines, tackle,
boiler, etc., *in rem*, VIS MARITIME LTD.
and MEDITERRANEAN SHIPPING
COMPANY, *in personam*,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                        NONE

Dated: New York, New York
       June 29, 2007

                                        HILL RIVKINS & HAYDEN
                                        Attorneys for Plaintiff,

                                 By: _____
                                        Thomas E. Willoughby (TW 4452)
                                        45 Broadway, Suite 1500
                                        New York, New York 10006
                                        (212) 669-0600