Form 27 - GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
**ATTN:**

U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASALE MARBLE IMPORTS, INC.                    plaintiff

                          - against -

M/V "MSC ZRIN"HER ENGINES, TACKLE,        defendant
BOILER, ETC., IN REM, ETAL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Index No. | **07 CV 6143** |
| Date Filed | . . . . . . . . . . . . |
| Office No. | **29563-TEW** |
| Court Date: | **/  /** |

       STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**RUDOLPH WRIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
      That on the  **9th**  **day of July, 2007**      at  **10:55 AM.,**at
      **420 FIFTH AVE    8TH FL**
      **NEW YORK, NY 10018**
I served a true copy of the
      **SUMMONS AND COMPLAINT**
      RULE 7.1 STATEMENT
      **JUDGES RULES**

upon **MEDITERRANEAN SHIPPING COMPANY**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
      **LISA TUVE   MANAGING AGENT**

a true copy of each thereof.

      Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
         SEX: **FEMALE**         COLOR: **WHITE**          HAIR: **BLOND**
         APP. AGE: **35**        APP. HT: **5:7**          APP. WT: **137**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
11th day of  July, 2007t




KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM47487