Form 27 - GENERAL PURPOSE

    HILL RIVKINS & HAYDEN LLP
    ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
------------------------------------------------

CASALE MARBLE IMPORTS, INC.    plaintiff

    - against -

M/V "MSC ZRIN" HER ENGINES, TACKLE,    defendant
BOILER, ETC. IN REM, ETAL

------------------------------------------------

Index No. **07 CV 6143**

Date Filed ............

Office No. **29563-TEW**

Court Date: / /

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**RUDOLPH WRIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **9th day of July, 2007** at **10:55 AM.**, at
    **%MEDITERRANEAN SHIPPING CO. 420 5TH AVE
    NEW YORK, NY 10018  8TH FL**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    RULE 7.1 STATEMENT
    **JUDGES RULES**

upon **VIS MARITIME LTD.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **LISA TUVE  MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BLOND**
    APP. AGE: **35**    APP. HT: **5:7**    APP. WT: **137**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
10th day of July, 2007t

KENNETH WISSNER
Notary Public, State of New York
    No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

...................
RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM47486