Getty, J

Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CASALE MARBLE IMPORTS, INC.,

               Plaintiff,

- against -

M/V "MSC ZRIN", her engines, tackle, boiler, etc.,
*in rem*, VIS MARITIME LTD. and
MEDITERRANEAN SHIPPING COMPANY, *in personam*,

               Defendants.
----------------------------------------------------------------X

Index No.
07 CV 6143(PAC)

**NOTICE OF VOLUNTARY**
**DISMISSAL**

    No appearance having been made or answer having been served and filed by the defendants herein, plaintiff hereby voluntarily dismisses this action, without prejudice and without costs, against Defendants, pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), and it is hereby

    ORDERED that the same be and hereby is dismissed against the said Defendants without prejudice and without costs.

Dated:  New York, New York
          November 27, 2007

                                                  HILL RIVKINS & HAYDEN
                                                  Attorneys for Plaintiff,

                                                  By: _____
                                                  Thomas E. Willoughby (TW4452)
SO ORDERED NOV 2 8 2007                     45 Broadway, Suite 1500
                                                  New York, New York 10006
_____                       (212) 669-0600
U.S.D.J.